IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**PAM NICHOLS**                                                                     **PLAINTIFF**

**V.**                                         **CIVIL ACTION NO. 1:17cv124-GHD-DAS**

**DANIEL HEALTH CARE, INC.**
**AND JOHN DOES 1-5**                                                 **DEFENDANT**

---

**FINAL JUDGMENT OF DISMISSAL**

---

The above styled and numbered cause came before this Court on the joint Motion of the parties for entry of a Final Judgment following an agreed resolution of the claims in the above referenced matter. The Court notes the agreement of the parties as evidenced by the signatures of their respective counsel, and the Court finds the request well-taken and should be granted.

**IT IS THEREFORE ORDERED** that the above referenced matter is dismissed in its entirety, with prejudice, with no further assessment of costs.

**SO ORDERED AND ADJUDGED**, this the \_\_7\_\_ day of \_\_December\_\_, 2017.

_____
JUDGE

**SIGNATURES BELOW:**

**AGREED AND APPROVED BY:**

*(signature)*

Casey L. Lott, Esquire
Langston & Lott, PLLC
100 South Main Street
Post Office Box 382
Booneville, MS 38829
clott@langstonlott.com

*Attorney for Pam Nichols*


**PREPARED BY:**

*(signature)*

John L. Maxey, II (MSB #1946)
Marjorie S. Self (MSB #100523)
Maxey Wann PLLC
210 E. Capitol Street, Suite 2100 (39201)
Post Office Box 3977
Jackson, MS 39207-3977
Telephone: (601) 355-8855
Facsimile: (601) 355-8881
john@maxeywann.com
marge@maxeywann.com

*Attorneys for Daniel Health Care, Inc.*